

FILED
FEB 21 2013
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| DEBORAH L. KIBBLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CV 12-24-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on February 4, 2013.[1] Plaintiff filed objections on February 12, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 23.

[2] Document No. 24.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is DENIED.

2. Defendant's Motion for Summary Judgment[4] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 20th day of February, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 14.

[4] Document No. 19.